IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER SCOTT, JR.**                                                                               **PLAINTIFF**

vs.                                           5:10CV00138-WRW

**MAYOR CARL REDUS, et al.**                                                    **DEFENDANTS**

## ORDER

Plaintiff's Motion to Voluntarily Dismiss Defendant Pine Bluff Police Department (Doc. No. 12) is GRANTED, and Defendant Pine Bluff Police Department is DISMISSED.

Defendant Pine Bluff Police Department's Motion to Dismiss (Doc. No. 9) is DENIED as MOOT.

Plaintiff's Motion for Extension of time to serve Defendant John Howell (Doc. No. 13) is GRANTED.  Accordingly, Plaintiff must perfect service on Defendant John Howell by 5 p.m., Wednesday, November 17, 2010.

IT IS SO ORDERED this 19th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE