

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2011

JAMES W. McCORMACK, CLERK
By: _Jackson_
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER SCOTT, JR.                                          PLAINTIFF

v.                          CASE NO. 5:10-CV-0138 JMM

MAYOR CARL A. REDUS, In His Official Capacity
As Mayor for the City of Pine Bluff; CITY OF PINE
BLUFF, A Municipal Corporation and Public Body
Corporate and Politic; BRENDA DAVIS-JONES, In Her
Official Capacity as Chief of Police, Pine Bluff
Police Department; JOHN HOWELL, In His Individual
And Official Capacity as former Chief of Police, Pine
Bluff Police Department; AHMAD PACE, In His
Individual and Official Capacity as a Police Officer for the
City of Pine Bluff, Arkansas; PJ'S DISCO PRIVATE CLUB          DEFENDANTS

## AGREED PROTECTIVE ORDER

Plaintiff has requested discovery of records containing sensitive personal information. In order to permit Plaintiff adequate access to the records necessary to completely present this case herein, and, at the same time to address privacy concerns, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      Plaintiff has made discovery requests for copies of the personnel files upon Ahmad Pace (Personal information such as addresses and social security numbers will be redacted). In addition, Plaintiff has requested all complaints and internal affairs documents regarding Ahmad Pace. The parties have agreed that due to the private and sensitive nature of these documents, a protective order should be entered before these documents are provided to Plaintiff.

1

2. Any documents produced in response to discovery requests as provided in Paragraph 1 above shall be considered confidential;

3. All confidential records or other information provided hereunder shall be used for the purpose of this litigation and none of the confidential material may be used for any other purpose whatsoever without a new request for the material. Moreover, neither Plaintiff, Defendants, or their counsel may utilize directly or indirectly the confidential records, documents, or other information made available pursuant to this Order in any other administrative complaint, proceeding, or civil action without a new request;

4. All confidential records, documents, tapes, or other information provided hereunder shall be retained in the custody of the Plaintiff's or Defendants' counsel including their paralegal, secretarial staff, and/or other staff members, during the pendency of this litigation. Plaintiff's and Defendants' counsel may also provide copies of such confidential records, documents or other information to any expert witness[es] retained by the Plaintiff or Defendant or persons frequently employed by such expert[s] whose review of the material is necessary for the Plaintiff's and Defendants' prosecution in this litigation;

5. If confidential documents or records are used during depositions, the depositions shall be treated as confidential in accordance with this Order;

6. Any document, information or deposition designated as confidential under this Order shall, when filed with the Court, be clearly marked confidential, sealed, placed in separate, secure storage by the Clerk, and opened only by authorized Court personnel;

7. Plaintiff, Defendants, their respective counsel and their staff and the retained expert witness/witnesses shall not in any manner, directly transfer confidential records,

documents or other information provided hereunder or copies thereof, or communicate, orally or in writing, any of the data contained in said material to any person;

8. Plaintiff's counsel, and Defendants' counsel promptly upon completion of this litigation, or before if at such time they have no further use of the confidential information, whichever shall first occur, shall return to the Defendant and Plaintiff all materials produced, and all copies and extracts of data from such materials;

9. This Protective Order shall govern all pre-trial proceedings, but shall be subject to modification either before, during or after the trial on the merits, upon application of any of the parties to this lawsuit and for good cause shown;

10. The provisions of this Order shall not affect the admissibility of evidence at trial or any preliminary evidentiary proceeding in open court, except as directed by separate Order of this Court; and

11. This Order is without prejudice to the rights of any party to make objections to the discovery as permitted by the Arkansas Rules of Civil Procedure, or by any statute or other authority.

IT IS SO ORDERED THIS ___13___ DAY OF ___April___, 2011.

_____
Honorable James M. Moody
United States District Court

Approved:

By: _____
Tracey M. Dennis, Ark. Bar No. 2009222
Attorney for Defendants City of Pine Bluff and Ahmad Pace
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6117
FACSIMILE: 501-537-7267
EMAIL: tdennis@arml.org

3

And

By: *Willard Proctor*
Willard Proctor, Jr.
Attorney for Plaintiff
2100 Wolfe Street
Little Rock, AR 72202-6258
TELEPHONE: 501-374-9156
FAX: 501-325-4959
EMAIL: wproctorjr@aol.com

And

By: _____
M. Keith Wren and Associates
Attorney for John Howell
9421 W. Markham St., Suite B
Little Rock, Arkansas, 72205
Telephone No. 501-223-9736
Fax No. 501-228-8887
Email: mkwren@aol.com

And

By: *Zachary Taylor and C. Mac Norton*
Zachary Taylor and C. Mac Norton
Attorneys for PJ's Disco & Night Club
Brockman, Norton & Taylor
501 East Eighth Avenue
Post Office Box 8967
Pine Bluff, AR 71611-8967
Telephone: 870-534-2551
FAX: 870-534-1696
Email: bntlawfirm@gmail.com

4

And


By:_____
    Willard Proctor, Jr.
    Attorney for Plaintiff
    2100 Wolfe Street
    Little Rock, AR 72202-6258
    TELEPHONE: 501-374-9156
    FAX: 501-325-4959
    EMAIL: wproctorjr@aol.com

And


By: _/s/ M. Keith Wren_____
    M. Keith Wren and Associates
    Attorney for John Howell
    9421 W. Markham St., Suite B
    Little Rock, Arkansas, 72205
    Telephone No. 501-223-9736
    Fax No. 501-228-8887
    Email: mkwren@aol.com

And


By: _____
    Zachary Taylor
    Attorney for PJ's Disco & Night Club
    Brockman, Norton & Taylor
    501 East Eighth Avenue
    Post Office Box 8967
    Pine Bluff, AR 71611-8967
    Telephone: 870-534-2551
    FAX: 870-534-1696
    Email: bntlawfirm@gmail.com